AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## District of Vermont

Thomas Joseph,

        Plaintiff,

v.

The Brattleboro Retreat,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 2:13-cv-55

____ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been Tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues Have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order (Document Number 30), filed August 10, 2014, defendant's Motion to Dismiss the Complaint (Document Number 21) was granted. The Court ordered the Amended Complaint shall be filed within thirty (30) days and failure to comply with the deadline would result in dismissal with prejudice. No Amended Complaint having been filed, this case is hereby DISMISSED with prejudice.

Date: November 17, 2014

JEFFREY S. EATON
Clerk

*/s/ Lisa Wright*
(By) Deputy Clerk

JUDGMENT ENTERED ON DOCKET
DATE: 11/17/2014